AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WALESWKA PEREZ, as the personal representative of the Estate of Rafael Acosta Arevalo; LUIS LUGO CALDERON; LUIS DE LA SOTTA QUIROGA; and EDUARDO FIGUEROA MARCHENA,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NICOLAS MADURO MOROS; VLADIMIR PADRINO LOPEZ; MAIKEL MORENO PEREZ; NESTOR REVEROL TORRES; MANUEL RICARDO CRISTOPHER FIGUERA; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA; and CARTEL DE LOS SOLES,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-23719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARTEL DE LOS SOLES
C/O Cliver Antonio Alcala Cordones
BOP # 87971-054, MDC Brooklyn,
80 29th Street, Brooklyn, NY, 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Nadler, Esq.
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 S. Biscayne Blvd, Ste 1600, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 2, 2024

s/ C.Quinones
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS