UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23719-CIV-MARTINEZ

WALESWKA PEREZ *et al.*,

    Plaintiffs,

v.

NICOLAS MADURO MOROS *et al.*,

    Defendants.
_____/

## ORDER DIRECTING SERVICE ON CARTEL DE LOS SOLES BY THE U.S. MARSHAL'S SERVICE

This matter comes before the Court on Plaintiffs' Motion for an Order Directing Service on Cartel de los Soles by the U.S. Marshal's Service ("Motion"), (ECF No. 24). The Court has reviewed the Motion and the record and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for an Order Directing Service on Cartel de los Soles by the U.S. Marshal's Service, (ECF No. 24), is **GRANTED**.

The Clerk is hereby **DIRECTED** to sign and issue the revised Proposed Summons addressed to Cartel de los Soles attached to Plaintiffs' Motion, (ECF No. 24-1).

Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Service is hereby **DIRECTED** to serve the Summons of Cartel de los Soles and the Complaint in this matter on Cliver Antonio Alcala Cordones (BOP Register No. 87971-054), who is presently in Bureau of Prisons custody.

No later than ten (10) days after service, the U.S. Marshal's Service **SHALL** return a completed Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the

docket in this action. In light of potential security concerns, the U.S. Marshal's Service, in its discretion, may redact or omit from the form the location at which service was completed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 22 day of October, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record