UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23719-CIV-MARTINEZ

WALESWKA PEREZ *et al.*,

      Plaintiffs,

v.

NICOLAS MADURO MOROS *et al.*,

      Defendants.

_____/

## ORDER DIRECTING SERVICE ON FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA BY THE U.S. MARSHAL'S SERVICE

This matter comes before the Court on Plaintiffs' Motion for an Order Directing Service on Fuerzas Armadas Revolucionarias de Colombia by the U.S. Marshal's Service ("Motion"), (ECF No. 23). The Court has reviewed the Motion and the record and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for an Order Directing Service on Fuerzas Armadas Revolucionarias de Colombia by the U.S. Marshal's Service, (ECF No. 23), is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Service is hereby **DIRECTED** to serve the Summons of Fuerzas Armadas Revolucionarias de Colombia, ECF No. 10, and the Complaint in this matter on Juvenal Ovidio Ricardo Palmera Pineda (BOP Register No. 27896-016), who is presently in Bureau of Prisons custody.

No later than ten (10) days after service, the U.S. Marshal's Service **SHALL** return a completed Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the

docket in this action. In light of potential security concerns, the U.S. Marshal's Service, in its discretion, may redact or omit from the form the location at which service was completed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 22 day of October, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record