| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Waleswka Perez, as the personal representative of the Estate of Rafael Acosta Arevalo, Luis Leo | 24-23719 |
| DEFENDANT | TYPE OF PROCESS |
| Nicolas Maduro Moros, Vladimir Padrino Lopez, Maikel Marco Perez, Nestor Reverol, Torres | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FARC -c/o Juvenal Ovidio Ricardo Palmera Pineda BOP Inmate No. 27896-016

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USP Florence Admax 5880 Highway 67 South Florence, CO 81226

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Michael Nadler, Esq<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Blvd, Ste 1600, Miami FL 33131 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. B13 | | 11/08/2024 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above)<br>Same as above | Date<br>12/19/24 | Time<br>10:15 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above)<br>Same as above | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | 86mi@ 65¢ | 0 | $120.90 | 0 | $120.90 |

REMARKS    $55.90

FILED BY _____ D.C.

JAN 07 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

2024 NOV 12 A 10:41

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE.

Form USM-285
Rev. 11/18