**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division**

WALESWKA PEREZ *et al.*,

Plaintiffs,

v.                                                              Case No.: 1:24cv23719 (JEM)

NICOLAS MADURO MOROS *et al.*,

Defendants.

## NOTICE OF FILING OF PROOF OF SERVICE AS TO DEFENDANTS MADURO, MORENO, PADRINO LOPEZ, AND REVEROL

Plaintiffs Waleswka Perez (as the personal representative of the Estate of Rafael Acosta Arevalo), Luis Lugo Calderon, Luis Humberto De La Sota, and Eduardo José Figuero Marchena (collectively, "Plaintiffs") hereby give notice to the Court that Defendants Nicolas Maduro Moros ("Maduro"); Vladimir Padrino Lopez ("Padrino Lopez"); Maikel Moreno Perez ("Moreno"); and Nestor Reverol Torres ("Reverol") have been served with a copy of the Summons issued in each of their names, ECF Nos. 9, 11–13, the Complaint in this matter, ECF No. 1, the Court's Order authorizing alternative service, ECF No. 29, and Spanish translations of those documents.

For proof thereof, Plaintiffs submit to the Court the four documents attached hereto as Attachment A, entitled "Proof of Service by Publication and Alternative Methods," indicating, under penalty of perjury, that Maduro, Padrino Lopez, Moreno, and Reverol were each served on January 28, 2025. The methods of alternative service described all directly comport with the methods authorized by the Court's December 6, 2024 Order. *See* ECF No. 29.

Respectfully submitted,

_____*/s/ Francis D. Murray*_____
Francis D. Murray (FL Bar No. 108567)
Michael B. Nadler (FL Bar No. 51264)
STUMPHAUZER KOLAYA NADLER &
SLOMAN PLLC

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425
Email: fmurrary@sknlaw.com
Email: mnadler@sknlaw.com

Randy D. Singer (VA Bar No. 26501)*
Kevin A. Hoffman (VA Bar No. 87632)*
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Telephone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com

Jeff S. Howell, Jr. (VA Bar No. 87645)*
THOMPSON LAW GROUP
2600 Barrett Street
Virginia Beach, VA 23452
Telephone: (757) 486-3333
Email: jeff@tlgva.com

*Counsel for Plaintiffs*
*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January 2025, I electronically filed this document with the

Clerk of the Court using CM/ECF, causing a copy to be served on counsel record.

By:   */s/ Francis D. Murray*

2