DC 11 (Rev. 11/2002) Writ of Execution

**WRIT OF EXECUTION**

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:

United States District Court for the Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Nicolas Maduro Moros, Vladimir Padrino Lopez, Maikel Moreno Perez, Nestor Reverol Torres, Manuel Ricardo Cristopher Figuera, Fuerzas Armadas Revolucionarias de Colombia, Cartel de los Soles

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $805,355,664.00 | and |

in the United States District Court for the ___Southern___ District of ___Florida___ ,

before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Nicolas Maduro Moros, Vladimir Padrino Lopez, Maikel Moreno Perez, Nestor Reverol Torres, Manuel Ricardo Cristopher Figuera, Fuerzas Armadas Revolucionarias de Colombia, Cartel de los Soles,     24cv23719 (JEM)

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. Marshals Service | DISTRICT | Southern District of Florida |
|---|---|---|---|
| CITY | Miami, Florida | DATE | Feb 6, 2026 |

Witness the Honorable _____

*(United States Judge)*

| DATE | CLERK OF COURT | |
|---|---|---|
| Feb 6, 2026 | Angela E. Noble | |
| | (BY) DEPUTY CLERK | |
| | *Lisa J. Streets* | |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

| Print | Reset Form |
|---|---|