**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WALESWKA PEREZ *et al*.,

      Plaintiffs/Judgment Creditors,                       Case No. 1:24-cv-23719 (JEM)

v.

MANUEL CRISTOPHER FIGUERA *et al.*,

      Defendants/Judgment Debtors, and

BARBARA MIRTHALA BRAVO REINEFELD,

JORGELIECER PINTO BRAVO,

ALEX NAIN SAAB MORAN,

and

CILIA ADELA FLORES DE MADURO,

      Impleaded Third-Party Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS**

      Attorney, Michael B. Nadler files this Notice of Change of Address in the above captioned case.

Beginning June 1, 2026, all future pleadings, memoranda, correspondence, orders, and docket filings shall

be sent to:

Arktouros, PLLC
848 Brickell Avenue PH5-J72
Miami, FL 33131-1824
mnadler@arktouros.co

Dated: May 29, 2026

                                      Respectfully submitted:

Arktouros, PLLC
848 Brickell Avenue PH5-J72
Miami, FL 33131-1824
Telephone: (305) 709-2573

*/s/ Michael B. Nadler*
Michael B. Nadler
Florida Bar No. 051264
mnadler@arktouros.co

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk

of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel

of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Arktouros, PLLC
848 Brickell Avenue PH5-J72
Miami, FL 33131-1824
Telephone: (305) 709-2573

*/s/ Michael B. Nadler*
Michael B. Nadler
Florida Bar No. 051264
mnadler@arktouros.co