**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**WALESWKA PEREZ *et al.*,**

**Plaintiffs,**

**v.** **Case No.: 1:24cv23719 (JEM)**

**NICOLAS MADURO MOROS *et al.*,**

**Defendants/Judgment Debtors,**

**and**

**CILIA ADELA FLORES DE MADURO *et al.*,**

**Impleaded Third-Party Defendants.**

**MOTION FOR AN ORDER DIRECTING SERVICE ON**
**ALEX NAIN SAAB MORAN BY THE U.S. MARSHAL'S SERVICE**

Plaintiffs Waleswka Perez *et al.* (collectively, "Plaintiffs") move pursuant to Federal Rule of Civil Procedure 4(c)(3) for entry of an order directing the U.S. Marshal's Service to serve a summons and Plaintiffs' Supplemental Complaint, ECF No. 62, on Impleaded Third-Party Defendant Alex Nain Saab Moran ("Saab").

Saab was recently charged in the U.S. District Court for the Southern District of Florida with conspiracy to launder money. *United States v. Alex Nain Saab Moran*, Case No. 1:26-cr-2002, *available at* https://www.justice.gov/opa/media/1441106/dl?utm_medium=email&utm_source=govdelivery. Pursuant to that indictment, Saab made his initial appearance in this District on May 18, 2026. *See* U.S. Dept. of Justice, Homeland Security Task Force Arrests Maduro Regime Ally Alex Saab on Money Laundering Charges Involving Venezuelan Food Contracts and Oil, *available at* https://www.justice.gov/opa/pr/maduro-regime-ally-alex-saab-arrested-money-laundering-charges-involving-venezuelan-food.

Based upon this available public reporting, it is reasonable to expect that the U.S. Marshal's Service can serve Saab because it holds him within its custody and will continue to do so for the foreseeable future. Plaintiffs, therefore, request an order directing the U.S. Marshal's Service to serve Saab with a summons and Plaintiffs' Supplemental Complaint, ECF No. 62.

For the convenience of the U.S. Marshal's Service, Plaintiffs request entry of a written order (rather than a paperless or "minute" order). Moreover, based on similar procedure used previously in this District, the order should, for security reasons, permit the U.S. Marshal's Service to omit from Form 285 the location at which Saab was ultimately served.

Plaintiffs respectfully request that the Court enter the proposed order and direct the Clerk to issue the proposed summons attached as Exhibit A.

Respectfully submitted,

*/s/ Francis D. Murray*________

Francis D. Murray (FL Bar No.108567)
Arktouros pllc
848 Brickell Ave.
PH5-J72
Miami, FL 33131
Telephone: (305) 709-2573
Email: fmurray@arktouros.co

Randy D. Singer (VA Bar No. 26501)*
Kevin A. Hoffman (VA Bar No. 87632)*
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Telephone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com

Jeff S. Howell, Jr. (VA Bar No. 87645)*
THE LAW OFFICE OF JEFF S. HOWELL, JR. PLLC
P.O. Box 2219
Virginia Beach, VA 23450
Telephone: (757) 301-2244
Email: jhowell@jshlaw.us

*Counsel for Plaintiffs*
*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of May 2026, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel record.

*/s/ Francis D. Murray*