UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23719-CIV-MARTINEZ

WALESWKA PEREZ *et al.*,

Plaintiffs,

v.

NICOLAS MADURO MOROS *et al.*,

Defendants/Judgment Debtors,

and

CILIA ADELA FLORES DE MADURO *et al.*,

Impleaded Third-Party Defendants.
_______________________________________/

**ORDER DIRECTING SERVICE ON ALEX NAIN SAAB MORAN BY THE U.S. MARSHAL'S SERVICE**

This matter comes before the Court on Plaintiffs' Motion for an Order Directing Service on Alex Nain Saab Moran ("Saab") by the U.S. Marshal's Service ("Motion") [ECF No. 84]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[ECF No. 84]**, is **GRANTED**.

The Clerk's Office is hereby **DIRECTED** to issue the proposed summons attached as Exhibit A to Plaintiffs' Motion [ECF No. 84-1].

Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshal's Service is hereby **DIRECTED** to serve the forthcoming summons, along with Plaintiffs' Supplemental Complaint, ECF No. 62, on Saab, who is presently in their custody.

No later than ten (10) days after service, the U.S. Marshal's Service **SHALL** return a completed Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the

docket in this action. In light of potential security concerns, the U.S. Marshal's Service, in its discretion, may redact or omit from the form the location at which service was completed.

**DONE AND ORDERED** in Miami, Florida, this 1 day of June 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record