**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-23719-CIV-MARTINEZ**

WALESWKA PEREZ *et al.*,

Plaintiffs,

v.

NICOLAS MADURO MOROS *et al.*,

Defendants,

and

CILIA ADELA FLORES DE MADURO *et al.*,

Impleaded Third-Party Defendants.

______________________________________/

**FINAL DEFAULT JUDGMENT AS TO CILIA ADELA FLORES DE MADURO**

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Default Judgment [ECF No. 126]. The Court granted Plaintiffs' Motion, and now, pursuant to Federal Rule of Civil Procedure 58(a), enters this separate and final judgment against Cilia Adela Flores de Maduro.

Accordingly, it is **ORDERED AND ADJUDGED** that final judgment is hereby entered in favor of the plaintiffs Waleswka Perez, as the personal representative of the Estate of Rafael Acosta Arevalo, Luis Lugo Calderon, Luis de la Sotta Quiroga, and Eduardo Figueroa Marchena, against Cilia Adela Flores de Maduro in the total amount of $805,355,664, jointly and severally with defendants Nicolas Maduro Moros, Vladimir Padrino Lopez, Maikel Moreno Perez, Nestor Reverol Torres, Manuel Ricardo Cristopher Figuera, Cartel de los Soles, and Fuerzas Armadas Revolucionairias de Colombia. That award is distributed between Plaintiffs as follows, for which sums let execution issue forthwith:

- Waleswka Perez, in her capacity as personal representative of the Estate of Rafael Acosta Arevalo: $288,000,000
- Luis De La Sotta Quiroga: $182,405,760
- Luis Lugo Calderon: $193,594,784
- Eduardo Figueroa Marchena: $141,355,120

This final judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date this Order is entered until the date the judgment is satisfied. The Court shall retain jurisdiction of this matter for the purpose of enforcing its judgment.

**DONE AND ORDERED** Miami, Florida on this 20 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE